# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASQUAL APARICIO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KEN CLARK, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:09-CV-01783-DLB PC<br><br>ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO OBEY COURT ORDER AND FAILURE TO STATE CLAIM<br><br>(Doc. 6)<br><br>RESPONSE DUE WITHIN EIGHTEEN DAYS |

　　　　Plaintiff Pasqual Aparicio ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed his complaint on October 9, 2009. Doc. 1. On September 20, 2010, the Court dismissed Plaintiff's complaint with leave to file an amended complaint within thirty days. Doc. 6. More than thirty days have passed, and Plaintiff has not responded or otherwise complied with the Court's order.

　　　　Accordingly, it is HEREBY ORDERED that Plaintiff is to show cause why this action should not be dismissed for failure to obey a court order and failure to state a claim, within eighteen (18) days from the date of service of this order. Failure to timely respond or to show cause will result in dismissal of this action for failure to obey a court order and failure to state a claim.

　　　　IT IS SO ORDERED.

　　Dated: __March 22, 2011__　　　　　　_____/s/ Dennis L. Beck_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1