# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASQUAL APARICIO, | CASE NO. 1:09-CV-01783-DLB PC |
|         Plaintiff, | ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO OBEY COURT ORDER AND FAILURE TO STATE CLAIM |
|   v. | |
| KEN CLARK, et al., | (Doc. 13) |
|         Defendants. | RESPONSE DUE WITHIN EIGHTEEN DAYS |

    Plaintiff Pasqual Aparicio ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed his complaint on October 9, 2009. Doc. 1. On September 20, 2010, the Court dismissed Plaintiff's complaint for failure to state a claim with leave to file an amended complaint within thirty days. Doc. 6. Plaintiff received an extension of time on June 6, 2011, and August 4, 2011. Docs. 11, 13. Plaintiff was granted up to and including September 6, 2011 in which to file his amended complaint. As of the date of this order, Plaintiff has failed to comply.

    Accordingly, it is HEREBY ORDERED that Plaintiff is to show cause why this action should not be dismissed for failure to obey a court order and failure to state a claim, within eighteen (18) days from the date of service of this order. Failure to timely respond or to show cause will result in dismissal of this action for failure to obey a court order and failure to state a claim.

    IT IS SO ORDERED.

    Dated:   October 13, 2011           /s/ Dennis L. Beck
                                                          UNITED STATES MAGISTRATE JUDGE